IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHAEL GENORD WASHINGTON, §
    Petitioner, §
VS. § CIVIL ACTION NO. H-07-1947
 §
NATHANIEL QUARTERMAN, §
    Respondent. §

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on ___June 14___, 2007.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2007\07-1947.a01